UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAMPBELL, RITA | ) | Case No. 23-10445 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | Chapter 7 |
| | ) | |
| | ) | |
| CAMPBELL, RITA | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Pro. No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION; AES/BARCLAYS BANK; | ) | |
| ED FINANCIAL | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

<u>COMPLAINT</u>

1.

Debtor, Mrs. Rita Campbell, brings this action for the discharge of her federal student
loan debt under the "undue hardship" provision set out in 11 U.S.C. § 523(a)(8). Mrs. Rita
Campbell seeks a Declaratory Judgment that the Student Loans may be discharged in whole or in
part, in accordance with recent Department of Justice Guidance policy.

2.

Debtor filed for relief under chapter 7 of the Bankruptcy Code on July 7, 2023. This Court thus has jurisdiction over this action under 28 U.S.C. § 1334. This proceeding is a core proceeding. The Debtor consents to the entry of final orders or judgment by the Bankruptcy Court in this matter.

3.

Some of the unsecured debts owing by the Debtor and listed in Schedule E/F are student loans owing to Defendants. With accumulated interest, Defendants claim that the amount that was owed on the student loan when this case was filed was approximately $81,647.04.

4.

The loans, whose original loan amounts total $79,325.00 as per her NSLDS file. These loans were incurred to pay tuition at the University of Phoenix, Delta Junior College and Remington College's Baton Rouge Campus.

5.

Mrs. Rita Campbell attained an associates and a bachelor's degrees in Criminal Justice but was unable to find employment in her field for meaningful compensation. She has health problems as well, including suffering a mild heart attack in 2022.

6.

Mrs. Rita Campbell's loans have been in forbearance under a series of Income Based Repayment Plans (IBR).  This IBR, which Debtor has faithfully renewed several times, granted her a payment plan of $0.00 due to her financial situation.

7.

Since that time, Debtor has mostly been underemployed.  She is sole source of income for herself and the child care provider for her infant granddaughter while Mrs. Campbell's daughter is at work. Debtor's basic monthly expenses exceed her income, as shown on Schedules I and J filed in this case.

8.

The Debtor's long-term financial situation is very unlikely to improve, and she is unable to work in the area of her study.

9.

Debtor has exhibited good faith with her student loan repayment options.  She has applied for and granted an IBR Plan, received several forbearances, reached out to the servicer to discuss her loan options, and has shown good faith to obtain maximum employment and minimize her expenses.

10.

The Debtor has no current or anticipated available income or resources with which to pay the aforementioned loan and any payments on that loan could be made only at great hardship

to the Debtor and her family.  Not having these loans included in any discharge would impose an undue hardship on her and her family.

WHEREFORE, the Debtor prays that this Court enter an Order declaring the student loan debts of the Debtor to be dischargeable in this bankruptcy case.


September 28, 2023

Respectfully submitted:

X_____

Jason Stinnett
Louisiana Bar Roll # 38594
State Bar of Texas # 24075682

SOUTHEAST LOUISIANA LEGAL SERVICES
715 St. Ferdinand Street
Baton Rouge, LA 70802
Office: 225-448-0080 ext. 309
Fax: 225-383-1197



Counsel for Mrs. Rita Campbell



Clerk please serve:

U.S. Department of Education
c/o U.S. Attorney General
Middle District of Louisiana
777 Florida Street, Ste. 208
Baton Rouge, LA 70801

AES/Barclays Bank, PLC
660 Boas St.
Harrisburg, PA 17102

AES/Barclays Bank, PLC
1200 North Seventh St.
Harrisburg, PA 17102

ED Financial Services, LLC
Agent, WM Anthony Hollin
298 N. Seven Oaks Dr.
Knoxville, TN 37922-2369